AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | | |
|---|---|---|
| Federal Trade Commission and State of Idaho ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:13-cv-00116-BLW |
| St. Luke's Health System and Saltzer Medical Group ) | | |
| *Defendant* ) | | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Federal Trade Commission                                      .

Date:   03/20/2018                                   s/ Eric D. Rohlck
                                                       *Attorney's signature*

                                         Eric D. Rohlck, DC State Bar # 419660
                                                *Printed name and bar number*

                                                  600 Pennsylvania Ave., NW
                                                   Washington, D.C. 20580

                                                         *Address*

                                                    erohlck@ftc.gov
                                                    *E-mail address*

                                                    (202) 326-2681
                                                   *Telephone number*

                                                      *FAX number*